**STATE of Missouri, Plaintiff-Respondent,**

v.

**Lawrence J. THOMPSON, Defendant-Appellant.**

**No. 49895.**

Missouri Court of Appeals, Eastern District, Division Four.

April 29, 1986.

Motion for Rehearing and/or Transfer Denied June 4, 1986.

Mary Elizabeth Dockery, Asst. Public Defender, Clayton, for defendant-appellant.

---

Michael R. Whitworth, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction of first degree robbery in violation of § 569.020 RSMo 1978. Defendant was sentenced as a prior offender to a term of eighteen years imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).